McCORRISTON MILLER MUKAI MacKINNON LLP

DAVID J. MINKIN                         3639-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai`i  96813
Telephone No.:  (808) 529-7300
Facsimile No.:  (808) 524-8293
Email:  minkin@m4law.com

Attorney for Defendant
UNITED COLLECTION BUREAU, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| DOUGLAS G. FERGUSON, Plaintiff, vs. UNITED COLLECTION BUREAU, INC., Defendant. | CIVIL NO. 08-00138 SOM LEK STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND PARTIES AND ORDER TRIAL DATE:  APRIL 21, 2009 |
|---|---|

STIPULATION FOR DISMISSAL WITH
PREJUDICE AS TO ALL CLAIMS AND PARTIES

Defendant United Collection Bureau, Inc., by and through its attorneys McCorriston Miller Mukai MacKinnon LLP, and Plaintiff Douglas G. Ferguson, by and through his attorney, John Harris Paer, Esq., stipulate to the dismissal of this action with

188333.1

prejudice, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, each party to bear their own fees and costs.  There are no remaining claims or parties.  Trial of this matter is set for April 21, 2009.

DATED:  Honolulu, Hawai`i, August 13, 2008.

/s/ David J. Minkin
DAVID J. MINKIN
Attorney for Defendant
UNITED COLLECTION BUREAU, INC.

/s/ John Harris Paer
JOHN HARRIS PAER
Attorneys for Plaintiff
DOUGLAS G. FERGUSON

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, August 18, 2008.



/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

---

Ferguson vs. United Collection Bureau, Inc., Civil No. 08-00138 SOM LEK; STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND PARTIES AND ORDER